DAVID B. GOLDEN (SBN 114866)
goldkop@aol.com
GOLDEN KOPCKE
90 New Montgomery Street, Suite 905
San Francisco, CA 94105
Tel.: (415) 399-9994
Fax: (415) 599-2437

Attorneys for Plaintiffs
Meenakashi Sawhney and RMHNS, Inc. dba New Dannys Restaurant

MARC S. HINES (SBN 140065)
mhines@hinescarder.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@hinescarder.com
HINES CARDER, LLP
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant,
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEENAKASHI SAWHNEY, RMHNS, INC. dba NEW DANNYS RESTAURANT,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, DOES 1 TO 10,<br><br>        Defendants. | CASE NO.:  CV 13 4210 RS<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

1
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1     **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that pursuant to the settlement reached between the parties, the above-referenced action is hereby dismissed in its entirety with prejudice.

    Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated: __7/2_____, 2014

By _____
    RICHARD SEEBORG
    United States District Judge